[No. 68709-3-I.   Division One.   August 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER M. SMITH, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07703-5, Michael J. Trickey, J., entered April 25, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.

[No. 68739-5-I.   Division One.   August 26, 2013.]

KHUSHDEV MANGAT ET AL., *Appellants*, v. SNOHOMISH COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-06519-5, George N. Bowden, J., entered April 12, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Dwyer and Lau, JJ.

[No. 69103-1-I.   Division One.   August 26, 2013.]

MARGARET L. BRISCOE, *Appellant*, v. RANDALL LAMONICUS McWILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-14088-1, Susan J. Craighead, J., entered July 3, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Lau, JJ.

[No. 69158-9-I.   Division One.   August 26, 2013.]

THE LAW OFFICE OF PAUL W. TAYLOR, INC., PS, *Appellant*, v. JOSEPH D. WOODMANSEE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-2-00525-1, George N. Bowden, J. Pro Tem., entered August 1, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Becker, J.